■ In the Matter of THERESA GIBSON, Also Known as MAUREEN MATTHEWS, Petitioner, v HAROLD BEELER et al., Respondents. [695 NYS2d 699] —Application for an order pursuant to CPLR article 78 denied and the petition dismissed, without prejudice to petitioner raising the issue on direct appeal, if any, without costs or disbursements. No opinion. Concur— Sullivan, J. P., Nardelli, Wallach, Andrias and Buckley, JJ.